```
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF MISSOURI
       NORTHERN DIVISION
```

TIMOTHY GUERRA,            )
                           )
        Plaintiff,         )
                           )
    vs.                    )    Case No. 2:03-CV-85 (CEJ)
                           )
GARY KEMPKER, et al.,      )
                           )
        Defendants.        )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff shall have until **August 1, 2006**, to file a response to defendants' motion to dismiss.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2006.